SMITH v. PRICE

No. 332PA85.

Case below: 74 N.C. App. 413.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 13 August 1985.

STATE v. ANTHONY

No. 331P85.

Case below: 74 N.C. App. 590.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.

STATE v. BONHAM

No. 296P85.

Case below: 74 N.C. App. 411.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.

STATE v. BRYSON

No. 434P85.

Case below: 76 N.C. App. 163.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.

STATE v. BURCH

No. 311P85.

Case below: 71 N.C. App. 458.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 13 August 1985.